UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIA GLORIA MARTINEZ,<br><br>                              Plaintiff,<br><br>            -v.-<br><br>RAMEN MEIJIN INC. (d/b/a MEIJIN RAMEN), DEE JING, INC. (d/b/a KUU RAMEN), AROY DEE, and JOHN DOE,<br><br>                              Defendants. | 20 Civ. 7214 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On March 10, 2021, the Court was informed that the parties had reached a settlement in this case. Accordingly, the parties are instructed to file their completed settlement agreement along with a joint letter regarding the fairness of the settlement agreement on or before April 9, 2021, for this Court's review in accordance with the FLSA and Second Circuit law. *See, e.g.*, *Cheeks v. Freeport Pancake House*, 796 F. 3d 199 (2d Cir. 2015). The Clerk of Court is directed to terminate all pending motions and adjourn all remaining dates.

SO ORDERED.

Dated:  March 11, 2021
        New York, New York

                                             _____
                                             KATHERINE POLK FAILLA
                                             United States District Judge