# Michael Faillace & Associates, P.C.
Employment and Litigation Attorneys

60 East 42nd St.  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

April 21, 2021

**BY ECF & ELECTRONIC MAIL**  
Honorable Katherine Polk Failla  
United States District Judge  
United States District Court  
Southern District of New York  
40 Foley Square  
New York, NY 10007



Re:   20-cv-07214-KPF Martinez et al v. Ramen Meijin Inc.

Your Honor:

This firm represents Plaintiff in the above-referenced matter. The parties are working diligently on finalizing their Rule 68 materials. However, the parties need some more time. As such, the parties respectfully request that the deadline to submit the Rule 68 to the Court, currently scheduled for April 23, 2021, be extended by two additional weeks. This is the second request of its kind and is submitted on consent.

The parties thank the Court for its time and attention to this matter.

Respectfully Submitted,

_____/s/_____  
Jesse Barton, Esq.  
Michael Faillace & Associates, P.C.  
*Attorneys for Plaintiff*

```
Application GRANTED, with the understanding that no further extensions will be
forthcoming.

Dated:    April 21, 2021                    SO ORDERED.
          New York, New York
```

HON. KATHERINE POLK FAILLA  
UNITED STATES DISTRICT JUDGE

*Certified as a minority-owned business in the State of New York*