UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

MARIA GLORIA MARTINEZ, *individually and on behalf of others similarly situated*,

*Plaintiff,*

- vs -

RAMEN MEIJIN INC. (D/B/A MEIJIN RAMEN), DEE JING, INC. (D/B/A KUU RAMEN), AROY DEE, and JOHN DOE,

*Defendants.*

Case No. 20-cv-07214-KPF

**JUDGMENT**

------------------------------------------------------------X

# JUDGMENT

On May 7, 2021, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, MARIA GLORIA MARTINEZ, have judgment against RAMEN MEIJIN INC. (D/B/A MEIJIN RAMEN), DEE JING, INC. (D/B/A KUU RAMEN), and AROY DEE, jointly and severally, in the amount of Fifteen Thousand Dollars and No Cents ($15,000.00), which is inclusive of attorneys' fees and costs.

```
The Clerk of Court is directed to terminate all pending motions,
adjourn all remaining dates, and close this case.

Dated:    May 7, 2021                SO ORDERED.
          New York, New York
```

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE